# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

129174

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF NORTHVILLE TOWNSHIP,
　　　　Plaintiff-Appellee,

v

LAWRENCE DARYL ROBINSON,
　　　　Defendant-Appellant.

SC: 129174
COA: 260060
Wayne CC: 04-500059

_____/

　　　　On order of the Court, the application for leave to appeal the June 2, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

Clerk

p1121